John H. Litzler, Trustee  
LITZLER, SEGNER, SHAW, et al  
1412 Main Street, 24th Floor  
Dallas, Texas 75202  
I214) 752-0999

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| AMERICANA FOODS LIMITED PARTNERSHIP | § § § § § | CASE NO. 306-34387-HDH-7 |
| DEBTOR(S) | § | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

Name of payee on unclaimed check:                                          Amount

1. Johnson Equipment Company  
   13766 Beta Road  
   Dallas, TX 75244                                                        $242.29

2. Left Coast Trucking Inc.  
   P.O. Box 753  
   Mansfield, TX 76063-0753                                                $11,101.56

3. Barger Enterprises  
   9500 Old Nacogdoches Trail  
   Forney, TX 75126                                                        $260.87

                                                                 */s/ John H. Litzler*  
                                                                 1412 Main Street, 24th Floor  
                                                                 Dallas, Texas 75202

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed (forward by electronic transmission) to the following parties on the 28th of January, 2011.

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

Debtor(s) Attorney of Record:
**PRO SE**

                                                     */s/ John H. Litzler*
                                                     1412 Main Street, 24th Floor
                                                     Dallas, Texas  75202